**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-1404**

_____

HERBERT HAYES,

                Plaintiff - Appellant,

        v.

KIMBRELL KELLY TUCKER, District Court Judge,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Louise W. Flanagan, Chief District Judge.  (5:07-cv-00186-FL)

_____

Submitted:  July 8, 2008               Decided:  July 30, 2008

_____

Before NIEMEYER and MOTZ, Circuit Judges, and WILKINS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Herbert Hayes, Appellant Pro Se.  Grady L. Balentine, Jr., Special Deputy Attorney General, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herbert Hayes appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hayes v. Tucker</u>, No. 5:07-cv-00186-FL (E.D.N.C. Mar. 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>